# State of New York
# Court of Appeals

This memorandum is uncorrected and subject to revision before publication in the New York Reports

No. 70
Hector Ortiz &c.,
  Appellant,
  v.
Ciox Health LLC &c. et al.,
  Respondents.

Sue J. Nam, for appellant.
Jay P. Lefkowitz, for respondent Ciox Health LLC.
John Houston Pope, for respondent New York and Presbyterian Hospital.

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

Certification of question by the United States Court of Appeals for the Second Circuit, pursuant to section 500.27 of this Court's Rules of Practice, accepted and the issue presented is to be considered after briefing and argument. Judges Rivera, Stein, Fahey, Wilson and Feinman concur. Chief Judge DiFiore and Judge Garcia took no part.

Decided June 23, 2020